IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | No. CR 12-87 |
| ) | |
| vs. ) | |
| ) | |
| KELSEY BECKETT, ) | |
| ) | |
| Defendant. ) | |

## **FINAL ORDER OF FORFEITURE**

WHEREAS, on March 27, 2013, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 924(d), and 28 U.S.C. § 2461(c), based upon the defendant's guilty plea entered on March 4, 2013, in which defendant consented to the forfeiture of any interest he had or has in the firearm alleged to be subject to forfeiture under the Forfeiture Allegation of the November 8, 2012, Indictment;

AND WHEREAS, notice of this forfeiture was posted on www.forfeiture.gov for 30 consecutive days beginning April 11, 2013, and continuing through May 10, 2013, of the United States' intent to dispose of the property in accordance with the law and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property;

AND WHEREAS, no third-party claims have been made for return of seized property against the firearm included in the Preliminary Order of Forfeiture entered on March 27, 2013.

It is HEREBY ORDERED, ADJUDGED and DECREED:

1. That any right, title, and interest defendant has or had in the hereinafter described property is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law.

2. That the following property belonging to Kelsey Beckett who is the subject of this Order, is hereby condemned and forfeited to the United States of America, as follows:

> **a Glock Model 27 .40 caliber pistol, to include any ammunition seized from defendant on or about October 8, 2012, in Cedar Rapids, Iowa.**

4. That the Federal Bureau of Investigation and/or the United States Marshals Service is hereby authorized to dispose of the firearm identified in paragraph 2 of this Order, to include any ammunition seized.

5. That the United States District Court shall retain jurisdiction in this case for the purpose of enforcing this Order; and

6. That the Clerk of the Court shall forward one certified copy of this Order to the United States Attorney's Office, Attention: Assistant U.S. Attorney Martin J. McLaughlin.

DATED this 25th day of June, 2013.

LINDA R. READE
CHIEF JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA